UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEFFRY THUL, | ) |
|     *Plaintiff*, | ) Case No. 1:23-cv-165 |
| v. | ) Judge Travis R. McDonough |
| UNITED STATES DEPARTMENT OF THE INTERIOR, DEBRA HAALAND, in her official capacity | ) Magistrate Judge Christopher H. Steger |
|     *Defendant*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Defendant's motion for summary judgment (Doc. 74) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

    **SO ORDERED.**

> /s/ *Travis R. McDonough*
> **TRAVIS R. MCDONOUGH**
> **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
CLERK OF COURT